# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED FEBRUARY 8, 2013

### NO. 03-12-00346-CV

**Sarah W. Elliott, as Joint Successor Trustee of The Glen L Weatherman and Mildred S. Weatherman Revocable Living Trust; and Margaret W. Clem, as Joint Successor Trustee of The Glen L. Weatherman and Mildred S. Weatherman Revocable Living Trust, Appellants**

**v.**

**Jerald G. Weatherman, Individually and Jerald G. Weatherman, as Joint Successor Trustee of the Glen L. Weatherman and Mildred S. Weatherman Revocable Living Trust, Appellee**

### APPEAL FROM 198TH DISTRICT COURT OF MCCULLOCH COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
### REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's order:

**IT IS THEREFORE** considered, adjudged and ordered that the order of the trial court is reversed, and the cause is remanded for further proceedings. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.